# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No.:
1:26-cv-10037-WGY

Lolonyon Y Akouete
Appellant

v.

Jonathan Goldsmith et al

Appellee

ORDER OF DISMISSAL

YOUNG,D.J.

     In accordance with the Court's electronic order entered on June 3, 2026 AFFIRMING the orders of the Bankruptcy Court, it is hereby ORDERED that the above-entitled appeal be an hereby is DISMISSED.

SO ORDERED.

Robert M. Farrell,
Clerk of Court

By:
/s/ Kellyann Belmont
Deputy Clerk

June 3, 2026