UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC,<br><br>LOLONYON AKOUETE<br><br>    Appellant,<br>v.<br><br>JONATHAN R. GOLDSMITH,<br>CHAPTER 7 TRUSTEE OF<br>WESTBOROUGH SPE LLC, et al.,<br><br>    Appellees. | Chapter 7<br>Case No. 23-40709-CJP<br><br><br><br><br>Bankruptcy Appeal<br>Case No. 1:26-CV-10037-WGY |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Appellant Lolonyon Akouete respectfully moves for leave to proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a) and states as follows:

1.  On June 3, 2026, this Court entered an Electronic Order affirming the Bankruptcy Court's orders entered on December 24, 2025.

2.  On June 3, 2026, the Court entered an Order of Dismissal closing the appeal.

1

3. Appellant thereafter filed a Notice of Appeal to the United States Court of Appeals for the First Circuit, docketed as Appeal No. 26-1666.

4. Appellant seeks leave to proceed in forma pauperis because he lacks the financial resources necessary to pay the appellate filing fees and related costs.

5. A completed Form 4 Affidavit accompanies this motion and is incorporated herein by reference. ***See Exhibit A***.

6. Appellant is presently unemployed.

7. Appellant receives no wages, salary, or compensation for services.

8. Appellant is a member of a religious order and has taken a vow of poverty.

9. Appellant receives limited subsistence support consisting primarily of housing, meals, and a small allowance provided by the Religious Order of Jehovah's Witnesses.

10. Such support is not compensation for services rendered and is provided solely as an incident of membership in the religious order.

11. A letter from the Religious Order confirming these facts is attached as ***Exhibit B***.

12. Appellant owns no real property, no vehicle, and no significant assets.

13. Appellant's available financial resources are extremely limited and insufficient to pay the costs associated with pursuing this appeal.

14. Appellant respectfully submits that the appeal is taken in good faith within the meaning of Federal Rule of Appellate Procedure 24(a)(3).

15. The appeal seeks review of this Court's affirmance of Bankruptcy Court orders concerning:

a. approval of a settlement pursuant to Rule 9019;

b. approval of a sale pursuant to 11 U.S.C. § 363; and

c. denial of an administrative expense claim asserted under 11 U.S.C. § 503(b)(1)(A).

16. The appeal presents substantial legal questions concerning, among other things:

a. the application of 11 U.S.C. § 363(m);

b. the requirements for a good-faith purchaser finding;

c. standards governing approval of settlements under Bankruptcy Rule 9019;

d. due process considerations relating to the challenged orders; and

e. standards governing administrative expense claims under 11 U.S.C. § 503(b)(1)(A).

17. These issues were fully briefed before this Court by all parties.

18. Appellant respectfully submits that the appeal is neither frivolous nor brought for purposes of delay.

19. Rather, the appeal seeks appellate review of final orders involving substantial questions of bankruptcy law and procedure.

20. Accordingly, Appellant respectfully submits that leave to proceed in forma pauperis should be granted.

## ALTERNATIVE REQUEST FOR STATEMENT OF REASONS

21. Should the Court determine that the appeal is not taken in good faith within the meaning of Fed. R. App. P. 24(a)(3), Appellant respectfully requests that the Court provide a brief statement of the grounds supporting such determination.

22. The appeal concerns final orders involving approval of a Rule 9019 settlement, approval of a sale under 11 U.S.C. § 363, and denial of an administrative expense claim under 11 U.S.C. § 503(b)(1)(A).

23. These issues were fully briefed before this Court and involve substantial legal questions concerning statutory mootness, good-faith purchaser findings, settlement approval standards, and administrative expense claims.

24. A brief statement of reasons would assist Appellant in understanding the basis for the Court's determination and would further assist the United States Court of Appeals for the First Circuit in evaluating any renewed application under Fed. R. App. P. 24(a)(5).

25. Appellant respectfully submits that such a statement would promote meaningful appellate review and judicial economy.

WHEREFORE, Appellant respectfully requests that the Court:

A. Grant leave to proceed in forma pauperis on appeal;

B. Permit Appellant to proceed without prepayment of fees and costs;

C. Alternatively, if the Court determines that the appeal is not taken in good faith, provide a brief statement of reasons supporting that determination; and

D. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

DATED: June 11, 2026,                    Respectfully submitted:

Lolonyon Akouete
800 Red Mills Rd
Wallkill NY 12589

(443) 447-3276
info@smartinvestorsllc.com