# RELIGIOUS ORDER OF JEHOVAH'S WITNESSES

800 Red Mills Road • Wallkill, NY 12589 • U.S.A.

Phone: (845) 744-1200

BVY  June 10, 2026

Re: Support & Tax
    Name: Lolonyon Youana Akouete
    Date Membership Began: May 7, 2014
    Date Membership Will End: July 1, 2026
    Address: 800 Red Mills Road, Wallkill, NY 12589

TO WHOM IT MAY CONCERN:

This is to confirm the full-time membership of the above-named individual in the religious order used by Jehovah's Witnesses known as the Worldwide Order of Special Full-Time Servants of Jehovah's Witnesses during the dates shown above. Members of the order have signed a vow of obedience and poverty and devote their full-time efforts to support the activities of Jehovah's Witnesses. Membership in the order is conditioned upon high spiritual standards and a commitment of service, above all else. In the United States, members are supported by Religious Order of Jehovah's Witnesses ("ROJW").

ROJW provided the above-named individual support, including meals, lodging, and a small monthly allowance. This support enables the member to pursue his religious assignment and is not based on any services performed for the religious order.

**Members of the order do not receive any salary, wages, or other compensation for their services.** Therefore, the support provided is excluded from taxable income. (See also, Internal Revenue Code Sections 1402, 3121, and 3401, which exempt services performed "by a member of a religious order in the exercise of duties required by such order" from the definition of the term "trade or business" in reference to self-employment income and the term "wages" in reference to employment taxes and income tax withholding.)

If you have questions, please contact us at 845-744-1200.

Sincerely,

*Religious Order of*
*Jehovah's Witnesses*